

22-3205
RECEIVED
JUL 19 2023
U.S.C.A. 3rd. CIR

TO: CLERK, UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

I am in need of assistance, I am the Plaintiff, Christopher H. West in West V. Emig, a pending appeal from the decision of the District Court for the District of Delaware in case # 13-2103-MN.

My issue is that my attorneys Casamento & Ratasiewicz, ESQ. have not responded to multiple requests my family and I have made over the last several months to provide me a copy of our filing. As of this date I have not seen it. And I object to that. I have an autonomy intrest in any legal filing I am party to, or of. Currently the attorneys are not responding to calls or letters, they told my family a while ago that I can't call them until July 24th. This date must have some significance to this case, and I do not feel counsel has my intrests at heart. I respectfully request for the above reasons, the Court act to remove counsel who has ignored or completly abandoned their client.

Sincerly,
Christopher H. West

DATE: 7/5/23

1181 Paddock Rd.
Smyrna, DE
19977

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CHRISTOPHER H. WEST,  )
    Appellant )
    vs. ) No. _____
MARK EMIG et. al., )
    Appellee )

## MOTION TO REMOVE COUNSEL

NOW COMES, Christopher H. West, appellant above hereby requesting this Court remove Counsel Casamento & Ratasiewicz, ESQ. from this case. In support of this request, West avers the following:

1. As of this date, 7/5/2023, counsel has not provided a copy of our filing or any reply from defendants.

2. On multiple occasions I asked Mr. Ratasiewicz to provide a copy for my review. His response was that they sent it.

# Certificate of Service

I, _Christopher H. West_, hereby certify that I have served a true and correct copy(ies) of the attached _Motion to Remove Counsel_ _____ upon the following parties/persons:

To: **CLERK,**
**UNITED STATES COURT**
**OF APPEALS FOR THE THIRD**
**CIRCUIT**
**601 Market St. Phila. PA**
**19106**
To: _____

To: _Counsel for Defense,_
_Mr. Kenneth Wang, ESQ._
_820 N. French St._
_Wilm. DE_
_19801_
To: _____

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this __5th__ day of __July__, 2023

_[signature]_

3



FROM: Christopher West
SBI# 415857 17
DELAWARE DOC - 1101
PO BOX 96777
LAS VEGAS, NV 89193

LEGAL MAIL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
601 Market Street
Philadelphia, PA
19106

RECEIVED
JUL 19 2023
U.S.C.A. 3rd CIR